| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | TERENCE J. HOWZELL, State Bar #140822<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3960 |
| 6 | Facsimile: (415) 554-4248<br>E-Mail: terence.howzell@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS WILLIS, | Case No. CV 12-0231 JSW |
|---|---|
| Plaintiff, | **STIPULATION TO RESCHEDULE CASE MANGEMENT CONFERENCE DATE AND** ~~PROPOSED~~ **ORDER** |
| vs. | Judge: Honorable Jeffrey S. White |
| CITY AND COUNTY OF SAN FRANCISCO, THERESA SPARKS, MICKI CALLAHAN, and DOES 1-10 | Place: Courtroom 11, 19th Floor<br>Date Action Filed: January 13, 2012<br>Trial Date: Not Set |
| Defendants. | |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) A Case Management Conference is currently set for May 4, 2012.

2) There is good cause to continue the Case Management Conference because : (a) On the date of the conference, the Defendants' lead counsel in this matter, Terence Howzell, will be representing the City in the second day of a two-day, all-day binding interest arbitration arising from collective bargaining with the International Brotherhood of Electrical Workers, Local 6; and (b) the aforementioned binding arbitration is required under impasse resolution procedures of the City and County San Francisco's Charter.

3) The parties stipulate to the rescheduling of the Case Management Conference to the date of May 18, 2012 or a date that is convenient to the Court's calendar and request that the Court enter an order consistent with this stipulation.

Dated: 4/16/12

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THERESA SPARKS AND MICKI CALLAHAN

Dated: 4/16/12

By: /s/ Dow W. Patten
DOW W. PATTEN
Attorney for Plaintiff, THOMAS WILLIS

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference set for May 4, 2012, at 1:30 p.m. is rescheduled to the date of May 25, 2012 at 1:30 p.m. The parties' joint case management ~~statement is due by no later than May 18, 2012.~~

Dated: April 17, 2012

THE HONORABLE JEFFREY S. WHITE

**Stipulation to Resched. CMC and ~~Proposed~~ Order**  2  n:\labor\li2012\120793\00767704.doc
**CASE NO. CV 12-0231 JSW**