UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WILLIS, | No. C 12-00231 JSW (LB) |
| Plaintiff, | |
| v. | **ORDER REGARDING TELEPHONIC SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The court held a further settlement conference today. The attorneys must have a meet and confer today at 2:30 p.m. Either attorney may update the court. The court is happy to participate going forward in the settlement process, and the parties should contact the court through Ms. Scott at 415-522-3140 to arrange that participation.

**IT IS SO ORDERED.**

Dated: October 3, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-00231 JSW (LB)