UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WILLIS, | No. C 12-00231 JSW (LB) |
| Plaintiff, | |
| v. | **ORDER REGARDING TELEPHONIC SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The court held a second telephone settlement conference just now with the attorneys. In light of that, the court sets a further telephone settlement conference for Tuesday, October 9, 2012, at 11 a.m. for attorneys only (unless the attorneys want to include clients, who should be available by phone just in case).

**IT IS SO ORDERED.**

Dated: October 3, 2012

LAUREL BEELER
United States Magistrate Judge